STATE OF NEW JERSEY v. DOUGLAS GARNER.

July 21, 1980.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF ALVIN
KAUFMAN, DECEASED.

July 21, 1980.

Petition for certification is granted, and the decision of the
Superior Court, Appellate Division, is summarily reversed.

STATE OF NEW JERSEY v. THOMAS DE PHILLIPS.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE E. WILSON.

July 21, 1980.

Petition for certification denied.